**2014–1490. Football Holdings, L.L.C. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–5416. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–2002. State v. Dixson.**
Seneca App No. 13–13–53, 2014-Ohio-4539. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due December 1, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.